[No. 25740-4-I.   Division One.   April 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ISIAH HARRIS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-05080-5, Liem E. Tuai, J., entered March 5, 1990. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Pekelis, JJ.

[No. 27581-0-I.   Division One.   April 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. SPENCER WHEELINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for Island County, No. 90-1-00048-7, Alan R. Hancock, J., entered December 21, 1990. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Coleman and Baker, JJ.

[No. 24898-7-I.   Division One.   April 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE D. WINSLOW, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-02945-7, Michael J. Fox, J., entered July 22, 1988. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Webster, A.C.J., and Coleman, J.

[No. 25975-0-I.   Division One.   April 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE HOLMES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-06751-6, Carol A. Schapira, J., entered April 17, 1990. *Reversed* by unpublished per curiam opinion.